

**ALN**

Return to IDX
P.O. Box 989728
West Sacramento, CA 95798-9728



John Siebuhr
████████████████████████████████
║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║



Enrollment Code: 73U8UBV4SX
To Enroll, Scan the QR Code Below:

SCAN ME

Or Visit:
https://response.idx.us/ALN

March 21, 2025

**NOTICE OF SECURITY INCIDENT**

Dear John Siebuhr:

ALN Medical Management ("ALN") is writing to inform you of an incident that may impact the security of some of your information. ALN is a professional services firm that provides revenue cycle and billing services to its clients, including Allied Physicians Group. We are providing you with information about the incident, our response, and steps you may take to better protect against identity theft and fraud, should you feel it is necessary to do so.

*What Happened?* In March 2024, ALN identified suspicious activity related to certain systems being hosted by a third-party service provider. Upon learning of this activity, we promptly took steps to ensure the security of our systems, isolated the impacted environment, and launched an investigation to determine the nature and scope of the activity. The investigation determined that certain files and folders within our third-party hosted environment were accessed or taken by an unauthorized actor between March 18, 2024 and March 24, 2024. This incident did not impact internal ALN systems. As a result, ALN began an extensive review of these files and folders to determine whether sensitive information may be impacted.

*What Information Was Involved?* Our review determined that information related to certain individuals was present in the involved files and folder. Following this determination, we undertook an in-depth review process to identify the individuals and ALN clients who were potentially impacted and notified Allied Physicians Group. ALN is notifying you now out of an abundance of caution because the information involved in this incident includes your Date of birth, Health Insurance Information, Medical Information, Demographic Information, and name.

*What We Are Doing.* We take this incident and the security of information in our care very seriously. Upon becoming aware of this incident, we immediately took steps to confirm the security of our network. We reviewed existing security policies and implemented additional measures to further protect against similar incidents moving forward. We also reported this incident to law enforcement and regulators.

In addition to providing you with notice of the event, we are also offering you immediate access to complimentary credit monitoring and identity theft protection services for 12 months, through IDX. You can find information on how to enroll in these services in the below *Steps You Can Take to Help Protect Your Information*.