IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN SIEBUHR, individually and on behalf of all others similarly situated;

Plaintiff,

vs.

ALN MEDICAL MANAGEMENT, LLC,

Defendant.

4:25CV3077

ORDER

Pursuant to the recusal of Magistrate Judge Jacqueline M. DeLuca in Case No. 4:25-cv-3096 and the Court's reassignment of that case to Magistrate Judge Michael Nelson, the interest of judicial economy requires all cases related to the action be assigned to Judge Nelson. Accordingly,

**IT IS ORDERED** that this case is reassigned to Magistrate Judge Michael Nelson for judicial supervision and processing of all pretrial matters.

Dated this 9th day of June, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge